# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| **KENNETH HERETICK, a Florida resident,** <br><br> **Plaintiff,** <br><br> v. <br><br> **EXACTIS, LLC, a Florida limited liability company,** <br><br> **Defendant.** | Case No. 3:18-cv-00822-BJD-PDB |

## STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Kenneth Heretick ("Plaintiff") and Defendant Exactis, LLC (hereinafter the "Parties") have agreed to a stipulation for voluntary dismissal of the above case, without prejudice, each side bearing its own fees and costs.  The reasons for this stipulation are set forth below.

1. The Parties have been conferring about a potential resolution of this matter on an individual, non-class basis, and are in the process of negotiating settlement terms.

2. Rather than expend additional resources litigating the matter, the Parties have agreed to Plaintiff's voluntary dismissal of the case, without prejudice, allowing the Parties to negotiate and finalize a settlement agreement and mutual release.

3. The Parties also agree that, should they be unable to agree upon the terms of a settlement and mutual release, Plaintiff shall have until June 1, 2020, in which to move to reinstate the case via motion.  If no motion to reinstate is filed by that date, then the dismissal will automatically convert to a dismissal with prejudice, without any further action by the Court.

4. Should the Court have any questions, the Parties would be happy to address them via status report, if necessary.

SO STIPULATED.

Date: March 3, 2020   Respectfully submitted by:

*/s/ Stuart A. Davidson*
Stuart A. Davidson
Florida Bar No. 84824
**ROBBINS GELLER RUDMAN & DOWD LLP**
120 East Palmetto Park Road
Suite 500
Boca Raton, Florida 33432
Tel. 561.750.3000
sdavidson@rgrdlaw.com

John A. Yanchunis
Florida Bar No. 324681
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel. 813.223.5505
jyanchunis@forthepeople.com

Adam J. Levitt
Amy E. Keller
**DICELLO LEVITT GUTZLER LLC**
Ten North Dearborn Street
Eleventh Floor
Chicago, Illinois 60602
Tel. 312.214.7900
alevitt@dicellolevitt.com
akeller@dicellolevitt.com

*Attorneys for Plaintiff*

*-and-*

*/s/ Meagan L. Logan (w/ permission)*
Meagan L. Logan
**DOUGLAS & CARTER**
177 NW Madison Street
Lake City, Florida 32055
Tel. 386.752.5511
meagan@douglasandcarter.com

*Attorney for Defendant*