UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KENNETH HERETICK, a Florida resident,

    Plaintiff,

v.    Case No. 3:18-cv-822-J-39PDB

EXACTIS, LLC, a Florida limited liability company,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Stipulation for Voluntary Dismissal without Prejudice (Doc. No. 33; Stipulation) filed on March 3, 2020. In the Stipulation, the parties state that they agree to the dismissal of this case without prejudice. See Stipulation at 1. Accordingly, it is hereby

ORDERED:

1. This case is **DISMISSED without prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

DONE and ORDERED in Jacksonville, Florida this 16th day of March, 2020.

BRIAN J. DAVIS
United States District Judge

- 2 -

cs

Copies to:

Counsel of Record